1  KEVIN V. RYAN (California State Bar No. 118321)
   United States Attorney
2  JAY R. WEILL (California State Bar No. 75434)
   Assistant United States Attorney
3  Chief, Tax Division

4  10th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102
   Telephone: (415) 436-7017
6
   Attorneys for the United States of America
7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                             SAN FRANCISCO DIVISION
10

11 | UNITED STATES OF AMERICA and      )
   | WILLIE WILCOX, Revenue Officer,   )   NO. C-04-1926-WHA
12 |                                   )
   |        Petitioners,               )   APPLICATION TO DISMISS
13 |                                   )   VERIFIED PETITION TO ENFORCE
   |   v.                              )   INTERNAL REVENUE SERVICE
14 |                                   )   SUMMONSES
   | JACQUELINE JORDAN,                )
15 |                                   )
   |        Respondent.                )
16 |_____)

17      The United States of America dismisses the Petition To Enforce filed on May 17, 2005 because
18 the respondent has complied with the IRS Summonses.

19                                          Respectfully submitted,

20                                          KEVIN V. RYAN
                                            United States Attorney
21      6/29/05
22 Dated: _____              By: _____
                                        JAY R. WEILL
23                                      Assistant United States Attorney
                                        Chief, Tax Division
24
   So Ordered.
25
       July 5. 2005                  _____
26                                   United States [Judge William Alsup]
27
28